Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
### District of MT
### _____ Division

MAR 07 2023

Clerk, U.S. Courts
District of Montana
Missoula Division

Case No. _____
(to be filled in by the Clerk's Office)

ARVIDSON, BRYAN
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

BUSINESS MANAGER WALN
UNIT MANAGER CANNON
WARDE PETE BLUDWORTH AND
CORECIVIC, CROSSROADS CORRECTION
CTR ACTING UNDER THE COLOR OF LAW
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Mr ARVIDSON, BRYAN
Street Address: CROSSROADS CORRECTION CTR
50 CROSS ROADS DR
City and County: SHELBY MT 59474
State and Zip Code: MT 59474
Telephone Number:
E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1

    Name: WARDEN PETE

    Job or Title (if known): WARDEN

    Street Address: 50 CROSSROADS DRIVE

    City and County: SHELBY, MT 59474

    State and Zip Code:

    Telephone Number: CROSSROADS CORRECTION CTR

    E-mail Address (if known): Acting under the color of law

Defendant No. 2

    Name: WALN

    Job or Title (if known): Business Manager WALN

    Street Address: 50 CROSSROADS DRIVE CROSSROADS Corrections

    City and County: SHELBY, MT

    State and Zip Code: 59474

    Telephone Number:

    E-mail Address (if known): Acting under the color of law

Defendant No. 3

    Name: CANNON

    Job or Title (if known): UNIT MANAGER

    Street Address: 50 CROSSROADS DRIVE

    City and County: SHELBY, MT

    State and Zip Code: 59474

    Telephone Number: crossroads correction center

    E-mail Address (if known): Acting under the color of law

Defendant No. 4

    Name: CROSSROADS CORRECTION CTR/ CORE CIVIC

    Job or Title (if known):

    Street Address: 50 CROSS ROADS DRIVE

    City and County: SHELBY MT 59474

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. First Amendment right. Fourteenth Amendment right. Right to access the legal system and retaliation.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I'm not requesting any money. I would like a injunction on the Defendants to follow there policy on Indigent Inmates and provide all inmate receive there proper supplies. and think the defendant should follow federal laws and state laws on Inmates rights to access the courts and stop retaliating against inmates.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Defendant WAIW keeps violating my constitutional rights to access the courts, CANNON Retaliated and assaulted me, WARDEN BLODWORTH over sees the prison of CORECIVIC

A. Where did the events giving rise to your claim(s) occur? 50 crossroads drive shelby, MT Crossroads correction center / Core civic from November 15, 2022 to March 1, 2023

_____Please SEE Attatched Statement of claim_____

B. What date and approximate time did the events giving rise to your claim(s) occur?

from November 15, 2022 to March 1, 2023

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was assaulted by a gaurd and the Business manager is Refusing to give me Indigent supplies Please see Attached STATEMENT OF CLAIM. Business Manager WALN in exhibit 1 states that MSP says your a Issue. Regarding my request for Indigent supplies. I have missed dead line appeal in Supreme court and was Denied my late appeal. I missed SEE ATTACHED a Dead line with the human rights Division on the 14 days to reply. I have missed a Dead line in another court also I have had to walk the block and try to ask inmates for envelopes. Against rules.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. I'm wanting to have care civic follow our constitutional rights to access the court and not have repressial for it. All I want is the relelf I requested on the Attached state- ment of Claim. All Defendants were acting under the color of law.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Grant my relief as respectfully requested and any other relief the court see's fit.

see Attached STATEMENT of Claim

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/1/2023

Signature of Plaintiff: _[signature]_
Printed Name of Plaintiff: MR ARVIDSON BRYAN

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

# III STATEMENT OF CLAIM

On November 15, 2022 I was transfered to Crossroads Correction CTR from MONTANA STATE PRISION.

On november 16, 2021 I met with the Case Manager Informing them that I have legal cases I'm PROSE on and I need my Indigent supplies and I have Legal dead lines to reply to that are time Sensitive.

November 19, 2022 I requested again from the casemanager that i needed envelopes, pens, paper to reply to a court document and my reply Due date was november 22, 2022.

November 20, 2022 I met with the case Manager and requested envelopes, pens paper to reply to court dead lines.

November 21, 2022 I met with the casemanager again requesting envelopes I received 1 legal envelope to mail out a amended complaint to US District Court.

EXHIBIT A
DATED 11/21/2022
INFORMAL

1 OF 8

on still not recieving my indigent suplies.

(EXHIBIT A-1) Dated 11/22/2022 Pages 1-2
Is a Informal on me missing a filling Deadline due to crossroads corrections refusing to provide me with envelopes. And Violating my right to access the court system.

EXHIBIT B Dated 12/6/2022 Pages 1-6
Informal on EXHIBIT A & EXHIBIT B. EXHIBIT C staff has never replied to.

EXHIBIT C Dated 12/6/2022
Pages 1-3
Informal on Page 3. warehouse refusing to provide envelopes to send legal mail page 2 I stated statues on Informal.

EXHIBIT D Dated 12/4/2022
Letter to cheif unit manager / case manager warden / Legal requesting Legal copies to

To attack my case and requesting writing paper, pens envelopes, to mail my legal documents   Page 4 of 5

Is my informal on the letter I requested copies and I did not recieve a reply or approval to get copies
            EXHIBIT E   Pages 1 of 1   Dated 12/5/22
Letter to Casemanager/cheif unit manager/warden/Libra
Legal request for legal copies.   And

another set of legal copies to file in court.
            (EXHIBIT F) Dated 12/9/2022
Letter to casemanager/unit manager/Library

Legal & warden   letter regarding needing to

get legal copies since i got served December 8, 2022

and how crossroads correction center keeps violating

my constitutional rights to access the court system.

            EXHIBIT G   Dated 12/10/2022
                  Pages 1 of 2

Letter to unitmanager/case manager
Library staff/ware House manager/mailroom
warden/Legal
                              3 of 8

requesting more envelopes to mail Legal Documents to the courts and other Parties. And how I'm forced to use all stamped envelopes to mail legal and not be able to contact my family.

(EXHIBIT H)

INFORMAL on Crossroads for Opening up my Human Rights letter and I was not present and It talks about a open civil rights violation.

(EXHIBIT I)

Informal on not receiving all my indigent supplies.

EXHIBIT J

I filed a Informal on 12/19/2023 after what happened on December 18, 2022.
On December 18, 2022 I went into the casemanagers office to speak with unit manager CANNON about my Indigent Supplies that crossroads/core civic was refusing to provide me per policy.
I Quoted policy to Cannon he became upset told me to leave the office on they way out I called him a ponk. Cannon became extreemly angrey cussing at me then Assaulting me shoulnaing me into a wall over and over.
Please See Attached EXHIBIT J.

4 OF 8

EXHIBIT
J1

Is 1 had to refile and put a request for a investigation.

On December 27, 2023 Busisness Manager came to RHU CANNON Put me in the Hole for calling him a Ponk and not following a order. WALN gave me 63 unstamped reaular envelopes back dating them to november 15, 2022 when I got to crossroads correction center.

At this time I reauested legal envelopes again to mail and bring forward a civil rights violation. WALN stated to me buy them.

I then filed a Informal on Waln for refusing to provide me the envelopes.

January I put in fore Indiaent status Since I have had $.07 cents on my Inmate Account. WALN Denied my indigent status for January - Feboary eventhouah I have had under the $15 dollar amount to be Indigent.

Since I filed Informals on WALN she is retaliating against me by refusing to approve my indigent status. I have missed a total of 3 dead lines

5 of 8

WALN is now telling staff I can only get copies made of my case why I'm in here only and I have running civil rights violations cases going.

The printer went down in the library and I have been requesting copies to bring forward these civil right violations.

(EXHIBIT K)

Exhausted administrative duties.. Exhibit K. Crossroads/corecivic will grant or grant in part then not provide what they granted.

On Febuary 17, 2023 I filed another Informal for them opening mail from CSED. Again against there policy there not following. Feboary 9, 2023 Informal on mail room.

EXHIBIT L

Is a letter I wrote to the case manager and Bosisness MANAGER. WALN SIGNED for this and stated MSP STATES YOUR A ISSUE.

Bosisness Manager WALN has Been retaliating against me since my arrival at crossroads correction center/ corecivc.

Bosisness manager WALN has Continued

5 of 8

to violate my constitutional right to access the court system and bring forward civil rights violations and retaliate against me for requesting Indigent supplies. Under my constitutional right to file in court and bring forward Any Issues.

In addition while I was at MSP I have never had a single write up I filed informals on needing envelopes.

The first time I got written up was at crossroads for calling unit manager a punk and asking him why to put my hands on the wall. They put me in RHU for the 10 days then moved me to the Max side of the prision.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this court.

A. The Court issue a injunction

B. The Defendants must stop blocking my access to the courts.

C. The Defendants must provide me all the past Indigent supplies from Januar 4 2023 to current date.

D.) The Defendant must provide all Indigent Inmates the allowed envelopes as police 3 envelopes per week for General mail and 5 envelopes per week for Legal mail and follow there policy on helping

Inmates bring cases forward.

E.) Not move the plaintiff to another prison or back to MSP where the plaintiff is concerned for his safety

F.) The defendant and its employees must not retaliate against any inmate bringing claims forward to the courts. And follow all fedral & state laws for INDIGENT Inmates and all inmates.

G.) Grant other just and equitable relief that this Honorable court deems nessesary.

H.) Grant a preliminary injunction. And if the court cant meet to issue a preliminary injunction I would respectfully request a (TRO) is granted in my favor.

DATED This 28 day of febuary 2023

BY
MR ARVIDSON BRYAN

8 of 8